UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA TAYLOR | § | CIVIL ACTION NO. |
| Plaintiff | § | 4:12-CV-01975 |
| | § | |
| Vs. | § | |
| | § | |
| TEXAS SOUTHERN UNIVERSITY | § | |
| Defendant | § | |

CERTIFICATE OF INTERESTED PARTIES
OF PLAINTIFF LINDA TAYLOR

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff Linda Taylor files her certificate listing all persons and entities which have a financial interest in the outcome of this litigation and which are known to Plaintiff at this time:

1.  Linda Taylor                                              *Plaintiff*
    2135 Hilton Head Drive
    Missouri City, Texas 77459

2.  Texas Southern University                                 *Defendant*
    3100 Cleburne Street
    Houston, Texas 77004

3.  Peggy J. Lantz                                            *Counsel for Plaintiff*
    State Bar No. 24002452                                    *Attorney in Charge*
    Southern District Number 22699
    10497 Town & Country Way, Ste. 700
    Houston, Texas 77024
    Telephone: 832-242-6222
    Facsimile: 832-204-4242
    Email: peggylantz@lantzlaw.com

4.  Lorri Meraz Grabowski, M.S., J.D.                         *Co-Counsel for Plaintiff*
    State Bar No. 24069817
    Southern District Number 1224389
    800 Commerce Street
    Houston, Texas 77002
    Telephone: 713-471-3774
    Facsimile: 281-488-3473
    Email: lgrabows@sbcglobal.net

Respectfully submitted,

**Peggy J. Lantz**
_/s/ Peggy J. Lantz_
State Bar No. 24002452
Southern District Number 22699
10497 Town & Country Way, Ste. 700
Houston, Texas 77024
Telephone: 832-242-6222
Facsimile: 832-204-4242
Email: peggylantz@lantzlaw.com