IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LINDA TAYLOR            §
    Plaintiff              §
                         §
vs.                        §            4:12-cv-01975
                         §
TEXAS SOUTHERN UNIVERSITY    §
    Defendant           §

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE KEITH ELLISON

Now comes Defendant, Texas Southern University ("TSU"), and certifies to the Court

that to the best of Defendant's knowledge, the only persons/entities that are financially interested

in the outcome of this litigation are the parties to this litigation.

                             Respectfully submitted,

                             GREG ABBOTT
                             Attorney General of Texas

                             DANIEL T. HODGE
                             First Assistant Attorney General

                             DAVID C. MATTAX
                             Deputy Attorney General for Defense
                             Litigation

                             ROBERT B. O'KEEFE
                             Chief, General Litigation Division

/s/ Darren G. Gibson _____
**DARREN G. GIBSON**
Attorney-In-Charge
Texas Bar No. 24068846
Southern District No. 1041236
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
Office of the Attorney General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Certificate of Interested Persons was served via the *CM/ECF system* on August 16, 2012, to:

Peggy J. Lantz
Lorri Meraz Grabowski
Law Office of Peggy J. Lantz
10497 Town & Country Way, Ste 700
Houston, Texas 77024
*Attorneys for Plaintiff*

/s/ Darren G. Gibson _____
**DARREN G. GIBSON**
Assistant Attorney General