**DARREN G. GIBSON**
Assistant Attorney General
General Litigation Division

PHONE:    (512) 463-2120
FAX:        (512) 320-0667
EMAIL: Darren.Gibson@texasattorneygeneral.gov

April 18, 2013

David J. Bradley, Clerk
USDC Southern District
515 Rusk Ave., Room 5401
Houston, Texas 77002

Re:     *Linda Taylor v. Texas Southern University;* Civil Action No. 4:12-cv-01975, In the
         United States District Court for the Southern District of Texas, Houston Division.

Mr. Bradley:

         I, undersigned for Defendant(s), respectfully advise the Court that I will be on vacation
out of state on May 16 and 17, 2013; July 3 through July 12, 2013; and October 11 and 14, 2013.
I respectfully request that any hearings, conferences, trial, or other court appearances requiring
my presence in the above-referenced matter not be scheduled during this period.  I would also
request no discovery be propounded during this period.

         Thank you for your courtesy and consideration in this matter.

                    Very truly yours,


                    */s/ Darren G. Gibson*
                    DARREN G. GIBSON
                    Southern District No. 24068846
                    Assistant Attorney General
                    General Litigation Division
                    (512) 463-2120
                    Assistant Attorney General

/llr
cc:   Peggy J. Lantz